Case 4:15-cv-03619 Document 22 Filed in TXSD on 11/09/16 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARILYN P. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-03619 |
| | § | |
| UNITED STATES OF AMERICA AND | § | |
| WILLIAM R. WHITE, | § | |
| | § | |
| Defendants. | § | |

**ORDER ENTERING DEFAULT AND FINAL DEFAULT JUDGMENT**

The United States of America has moved to enter default and for issuance of a default judgment against William R. White. (Docket Entry No. 20). The United States seeks to reduce to judgment William R. White's trust fund recovery penalties related to Cambridge Knowledge Systems Corporation under 26 U.S.C. § 6672 for the last quarter of 2003, the four quarters of 2004 and the first quarter of 2005.

The record shows that William White failed to plead or otherwise appear in this action. Based on the motion for default judgment, the record, and the applicable law, default is properly entered. The United States has also filed Certificates of Assessments, Payments and Other Specified Matters for William R. White, for trust fund recovery penalties for the last quarter of 2003, the four quarters of 2004, and the first quarter of 2005. (Docket Entry No. 2, Ex. 5). These documents, the record, and the law, show that the United States is entitled to final default judgment. No further notices or hearings are required.

William R. White is ordered to pay the following to the United States for the trust fund recovery penalties related to Cambridge Knowledge Systems Corporation for the last quarter of

2003, four quarters of 2004 and the first quarter of 2005 in the amount of $239,776.67 as of February 2016, plus interest and penalties until paid:

| Tax Period | Original Assessed Amount | Amount Due Through February 29, 2016 |
| --- | --- | --- |
| 12/31/2003 | $82,052.47 | $61,267.13 |
| 03/31/2004 | $31,371.51 | $28,639.87 |
| 06/30/2004 | $31,284.29 | $46,624.06 |
| 09/30/2004 | $33,503.03 | $49,930.73 |
| 12/31/2004 | $33,301.36 | $49,630.16 |
| 03/31/2005 | $2,472.41 | $3,684.72 |
|  | **TOTAL:** | **$239,776.67** |

This is a final judgment, except that the court retains jurisdiction to enter further orders necessary to enforce this judgment.

SIGNED on November 9, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

2