United States District Court
Southern District of Texas
**ENTERED**
November 16, 2016
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| MARILYN P. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-15-03619 |
| | § | |
| UNITED STATES OF AMERICA AND | § | |
| WILLIAM R. WHITE, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The agreed motion to waive the mediation requirement or alternatively, to reschedule

mediation, (Docket Entry No. 22), is granted.  The parties are not required to mediate but are

ordered to have substantive settlement discussions before January 1, 2017 and to report the

results to the court promptly.

SIGNED on November 16, 2016, at Houston, Texas.

_____

Lee H. Rosenthal
Chief United States District Judge