United States District Court
Southern District of Texas
**ENTERED**
February 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARILYN P. JONES, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 4:15-cv-03619-M |
| § | |
| UNITED STATES OF AMERICA, § | |
| § | |
| Defendant/Counterclaimant, § | |
| § | |
| vs. § | |
| § | |
| WILLIAM R. WHITE, § | |
| § | |
| Counterclaim Defendant. § | |

### JUDGMENT AGAINST MARILYN P. JONES

The Court has GRANTED the United States' Motion for Summary Judgment against Marilyn P. Jones. The Court further ORDERS as follows:

Marilyn P. Jones is indebted to the United States under 26 U.S.C. § 6672 for the Trust Fund Recovery Penalties from the unpaid employment taxes of Cambridge Knowledge Systems Corporation for the fourth quarter of 2003 through the first quarter of 2005, in the amount of $239,776.67, as of February 29, 2016, plus pre-judgment interest on this amount from February 29, 2016, until the date of judgment, at the rates set forth in 26 U.S.C. § 6601 and 6621 and post-judgment interest under 28 U.S.C. § 1961(c) at the same rates under 26 U.S.C. §§ 6601 and 6621 until paid, and that the United States has a judgment against her for this amount.

A Default Judgment has been entered against William R. White. *See* Doc. No. 22. Both William R. White and Marilyn P. Jones are liable under 26 U.S.C. § 6672. The indebtedness under Section 6672 is joint and several.

Signed this  6th  day of  Feb , 2017.

_____
HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

KENNETH MAGIDSON
United States Attorney

/s/ Stephanie M. Page
STEPHANIE M. PAGE
Attorney, Tax Division
State Bar No. 13428240
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
214-880-9749
214-880-9741
Stephanie.M.Page@usdoj.gov

ATTORNEYS FOR THE UNITED STATES


PENDERGRAFT & SIMON, LLP.

/s/ William P. Haddock
William P. Haddock
Texas Bar No. 00793875
S.D. Tex. Adm.No. 19637
2777 Allen Parkway, Suite 800
Houston, TX 77019
Tel. (713) 528-8555
Fax. (713) 868-1267